# In the United States District Court
# For the Southern District of Georgia
# Waycross Division

| | | |
|---|---|---|
| LAKENDRA NORTON, | * | |
| | * | |
| Movant, | * | CIVIL ACTION NO.: 5:19-cv-99 |
| v. | * | |
| | * | |
| UNITED STATES OF AMERICA, | * | (Case No.: 5:17-cr-12) |
| | * | |
| Respondent. | * | |

### ORDER

After an independent and de novo review of the entire record, the Court concurs with the Magistrate Judge's Report and Recommendation. Dkt. No. 7. Movant Lakendra Norton ("Norton") did not file Objections to this Report and Recommendation.

Thus, the Court **ADOPTS** the Magistrate Judge's Report and Recommendation as the opinion of the Court, **DENIES** Norton's 28 U.S.C. § 2255 Motion to Vacate, Set Aside, or Correct her Sentence, **DIRECTS** the Clerk of Court to **CLOSE** this case and enter the appropriate judgment of dismissal, and **DENIES** Norton a Certificate of Appealability and *in forma pauperis* status on

AO 72A
(Rev. 8/82)

appeal.

**SO ORDERED**, this ___12___ day of ___January___, 2022.

_____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA